UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 8:93-cr-52-T-27MAP

KENNETH RAYMOND SPRINGFIELD
_____/

### REPORT AND RECOMMENDATION

The Defendant moved for a sentence reduction under 18 U.S.C. § 3582(c) claiming eligibility for a two-level reduction due cocaine base offenses. *See* U.S.S.G., App. C, Amend. 706. The district judge denied the motion finding that amendment inapplicable because the Defendant was sentenced as a career offender (doc. 162). Consequently, the Defendant filed a notice of appeal and moved to proceed *in forma* pauperis in that appeal, a matter the district judge has referred to me for a report and recommendation (doc. 170). For the reasons stated, I recommend the district judge deny the motion because the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(b).

"Good faith" under 28 U.S.C. § 1915 is established by "the presentation of any issue that is not plainly frivolous"; in other words, denial would be warranted if the issue raised was "so frivolous that the appeal would be dismissed in the case of a nonindigent litigant." *See Ellis v. United States,* 356 U.S. 674, 674-675 (1958). Given that the Eleventh Circuit has denied an applicant's *in forma pauperis* motion on this very same issue (i.e. the inapplicability of Amendment 706 to a defendant convicted of crack cocaine offenses but sentenced as career offender), *see United States v. Johnie Oliver,* Case No. 08-1140-E (May 21, 2008), the Defendant's motion for leave to proceed on appeal *in forma pauperis* should

likewise be denied as frivolous.

IT IS REPORTED at Tampa, Florida on August 15, 2008.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc: Hon. James D. Whittemore
Counsel of Record
*pro se* Defendant