UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:93-CR-52-T-27MAP

KENNETH RAYMOND SPRINGFIELD
_____/

### ORDER

**BEFORE THE COURT** is Defendant's Motion for Permission to Appeal *In Forma Pauperis* (Dkt. 170) and the Magistrate Judge's Report and Recommendation recommending that Defendant's motion be denied. (Dkt. 171). After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 171) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Leave to Appeal *In Forma Pauperis* (Dkt. 170) is DENIED. The Court finds that his appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *United States v. Johnie Oliver,* Case No. 08-11140-E (11th Cir. May 22, 2008). Petitioner shall be required to pay the full amount of the appellate filing fee pursuant to 28 U.S.C. § 1915(b).

**DONE AND ORDERED** in chambers this 22nd day of August, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
U.S. Probation Office